**Affirmed as Modified and Opinion Filed May 19, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00251-CR
### No. 05-20-00252-CR

## AJAPHREY PATRICE AUSTIN, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1560003-X, F-1439191-X**

## MEMORANDUM OPINION
Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Osborne

In October 2014, appellant Ajaphrey Patrice Austin entered into a plea agreement with the State and pled guilty to the offense of aggravated assault with a deadly weapon.[1] *See* TEX. PENAL CODE ANN. § 22.02. In accordance with the plea agreement, the trial court placed appellant on five years' deferred adjudication community supervision and fined appellant $500.00 as a condition of probation.

---

[1] Cause No. F-1439191-X/05-20-00252-CR.

In May 2016, appellant entered an open plea of guilty to the offense of robbery.[2] *See id.* § 29.02. The trial court placed appellant on ten years' deferred adjudication community supervision.

In October 2019, the State filed in each case an amended motion to proceed with an adjudication of guilt, alleging various violations of the terms of appellant's community supervision.

On January 27, 2020, appellant, without the benefit of a plea agreement with the State, entered a plea of true to the allegations in the amended motions to adjudicate. At the conclusion of the hearing, the trial court accepted appellant's plea of true, adjudicated her guilty, and sentenced her to a term of six years' confinement in the Institutional Division of the Texas Department of Criminal Justice in each case with the sentences to run concurrently. Appellant filed a motion for new trial and notice of appeal in each case.

Appellant asserts a single issue on appeal: appellant requests that this Court modify the judgment in each case to reflect the correct spelling of the prosecutor's name. In each case, the judgment adjudicating guilt spells the prosecutor's name as "Hillary Wright." Appellant contends the correct spelling of the prosecutor's name is "Hilary Wright." The State agrees the judgments should be modified.

---

[2] Cause No. F-1560003-X/05-20-00251-CR.

We are authorized to reform a judgment to make the record speak the truth when we have the necessary data and information to do so. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529 (Tex. App.—Dallas 1991, pet. ref'd) (en banc). The record supports the requested modification. We, therefore, sustain appellant's sole issue and modify the judgments to correctly spell the prosecutor's name as "Hilary Wright."

Accordingly, as modified, we affirm the trial court's judgments.

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE

200251f.u05

200252f.u05

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AJAPHREY PATRICE AUSTIN,
Appellant

No. 05-20-00251-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas
Trial Court Cause No. F-1560003-X.
Opinion delivered by Justice Osborne. Justices Myers and Carlyle participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

the trial court's judgment adjudicating guilt is modified to correctly spell the prosecutor's name as Hilary Wright.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 19th day of May 2021.

–4–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AJAPHREY PATRICE AUSTIN,
Appellant

No. 05-20-00252-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District
Court No. 6, Dallas County, Texas
Trial Court Cause No. F-1439191-X.
Opinion delivered by Justice
Osborne. Justices Myers and Carlyle
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**MODIFIED** as follows:

the trial court's judgment adjudicating guilt is modified to correctly
spell the prosecutor's name as Hilary Wright.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 19th day of May 2021.